United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. BAQLEH,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF LAKEPORT, et al.,<br><br>　　　　　　Defendants. | Case No. 26-cv-01812-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on June 23, 2026.  Having considered the parties' proposals, *see* Dkt. Nos. 15, 16, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 4, 2026 |
| Close of Fact Discovery | December 4, 2026 |
| Exchange of Opening Expert Reports | December 21, 2026 |
| Exchange of Rebuttal Expert Reports | January 4, 2027 |
| Close of Expert Discovery | January 19, 2027 |
| Dispositive Motion Hearing Deadline | March 4, 2027 at 2:00 p.m. |
| Pretrial Conference | June 8, 2027 at 3:00 p.m. |
| Jury Trial (5 days) | June 21, 2027 at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  6/24/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge