**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline to amend the pleadings is modified for the limited purpose of permitting Plaintiff to file the= proposed Second Amended Complaint.

Plaintiff shall file the Second Amended Complaint within seven (7) days of this Order.

All other deadlines and dates previously set by the Court remain unchanged.

Dated: 10/5/2026

HAYWOOD S. GILLIAM, JR.

United States District Judge